UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

CORNELIO MERINO VICENTE,

Defendant.

**ORDER**

25 Cr. 436 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of the Defendant will take place on **May 21, 2026, at 3:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 18, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge