UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CORNELIO MERINO VICENTE,

Defendant.

**ORDER**

25 Cr. 436 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Upon the joint request of the parties, the conference currently scheduled for November 12, 2026, is adjourned to **December 21, 2026, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Government, by and through Assistant United States Attorney Getzel Berger, and with the consent of the Defendant, Cornelio Merino Vicente, by and through his counsel, Neil P. Kelly, the time between November 12, 2026, through December 21, 2026, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will permit defense counsel to review discovery from the Government and allow the parties to continue their discussions concerning a possible pretrial disposition.

Dated: New York, New York
November 11, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge